IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                          No. 4:11-cr-309-DPM

DESHUNN WILLIAMS                                  DEFENDANT

ORDER

Motion, *Document No. 40*, granted. The information is dismissed without prejudice. The 25 March 2013 trial is cancelled.

So Ordered.

                                    _____
                                    D.P. Marshall Jr.
                                    United States District Judge

                                    8 February 2013